FILE COPY

RE: Case No. 15-0324                    DATE: 4/27/2015
    COA #: 13-15-00056-CV      TC#: 2015-DCV-0145-G
STYLE: IN RE ANDREW VANBLARCUM AND JAMES VANBLARCUM

A petition for writ of mandamus, as styled above, was today received and filed in the Supreme Court of Texas.


MS. DORIAN E. RAMIREZ
CLERK, THIRTEENTH COURT OF APPEALS
901 LEOPARD STREET, 10TH FLOOR
CORPUS CHRISTI, TX   78401